612        In re Litigation Involving California Department of Corrections

| | | |
|---|---|---|
| 84/07/24 | 1 | MOTION/SCHEDULE OF ACTIONS -- Howard R. Herships for transfer of action for pretrial proceedings pursuant to 28 U.S.C. §1407 -- SUGGESTED TRANSFEREE DISTRICT: N.D. California -- SUGGESTED TRANSFEREE JUDGE: ?    (ds) |
| 84/08/03 | | APPEARANCES -- MARK CHAVEZ, ESQ. for Joseph Toussaint, et al. KARL S. MAYER, ESQ. for Daniel J. McCarthy, Robert Rees, Joe Campoy, Daniel Vasquez, Alan Stagner    (rew) |
| 84/08/06 | | HEARING ORDER -- setting motion to transfer A-1 and A-2 for Panel Hearing in San Francisco, California on September 20, 1984.  (ds) |
| 84/08/07 | | APPEARANCE: PATRICIA C. ESGRO, ESQ. for Daniel J. McCarthy, Robert Doran, and Dr. R. Thibault  (cds) |
| 84/08/09 | 3 | RESPONSE/BRIEF -- Daniel J. McCarthy -- w/Exhibits and cert. of svc. (emh) |
| 84/08/09 | 2 | RESPONSE -- Pltfs. Joseph Toussaint, et al. -- w/cert. of svc. (cds) |
| 84/09/19 | | WAIVERS -- ALL PARTIES WAIVED   (ds) |
| 84/09/25 | | ORDER DENYING TRANSFER of litigation (A-1 & A-2) pursuant to 28 U.S.C. §1407. NOTIFIED involved clks., jdgs., recipients and counsel. (emh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 612 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LITIGATION INVOLVING CALIFORNIA DEPARTMENT OF CORRECTIONS

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 9/20/84 | 9/25/84 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 9/25/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 612 -- In re Litigation Involving California Department of Corrections

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Howard R. Herships v. Daniel J. McCarthy, , etc. | E.D.Calif. Schwartz | C84-S-175 MLS | | | | |
| A-2 | Joseph Toussaint, et al. v. Daniel J. McCarthy, etc. | N.D.Calif. Weigel | C73-1422 SAW | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 612 -- In re Litigation Involving California Department of Corrections

---

HOWARD R. HERSHIPS (A-1)
(No Appearance Received)
Howard R. Herships
P.O. Box 600/C75005
Tracy, California 94376


JOSEPH TOUSSAINT, ET AL. (A-2)
Mark Chavez, Esquire
P.O. Box 7880
San Francisco, CA 94120

---

ROBERT REES, Superintendent, Duel
 Vocational Instution, Tracy, CA
JOE CAMPOY, Wardon, Folsom State Prison
DANIEL VASQUEZ, Warden, San Quentin State
 Prison
ALAN STAGNER, Superintendent, Correctional
 Training Facility, Soledad, CA
Karl S. Mayer, Esquire
Deputy Attorney General
Office of the Attorney General
Department of Justice
6000 State Building
San Francisco, CA 94102

DANIEL J. MCCARTHY
ROBERT DORAN
DR. R. THIBAULT
Patricia C. Esgro, Esquire
Deputy Attorney General
1515 K Street, #511
Sacramento, CA 95814

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __612__ -- __In re Litigation Involving California Department of Corrections__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Daniel J. McCarthy, (Director California Dept. of Corrections) | A-1, A-2 |
| R.E. Doran (Supt. S.C.C. Theibold M.D. Chief Medical Officer) *(also sometimes spelled Dr. R. Thibault)* | A-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |