JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP 25 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 612

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING CALIFORNIA DEPARTMENT OF CORRECTIONS

ORDER DENYING TRANSFER

This litigation consists of two actions, one each pending in the Eastern District of California and the Northern District of California. Plaintiff in the Eastern District of California action has moved the Panel for an order, pursuant to 28 U.S.C. §1407, transferring that action to the Northern District of California for coordinated or consolidated pretrial proceedings with the action pending there. Plaintiffs in the Northern District of California action and Daniel J. McCarthy, a defendant in both actions, oppose transfer.

On the basis of the papers filed,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Although we recognize that actions in this litigation may involve some common questions of fact, we are not persuaded that any such common questions of fact will predominate over individual questions of fact present in each action. Moreover, we note that the Northern District of California action has been pending for more than eleven years and is approaching conclusion.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-612 -- IN RE LITIGATION INVOLVING CALIFORNIA DEPARTMENT OF CORRECTIONS</u>

<u>EASTERN DISTRICT OF CALIFORNIA</u>

<u>Howard R. Herships v. Daniel J. McCarthy, etc.</u>, C.A. No. C84-S-175-MLS

<u>NORTHERN DISTRICT OF CALIFORNIA</u>

<u>Joseph Toussaint, et al. v. Daniel J. McCarthy, etc.</u>, C.A. No. C73-1422-SAW